**Percy CLAYBOURN, Plaintiff,**

v.

**Viola A. ROUSE, Defendant.**

**No. 88 C 8280.**

United States District Court,
N.D. Illinois, E.D.

Nov. 1, 1988.

Percy Claybourn, pro se.

ORDER

BUA, District Judge.

Plaintiff Percy Claybourn recently filed a § 1983 suit against defendant Viola Rouse, a public defender who represented Claybourn in a previous criminal proceeding. To maintain this lawsuit, Claybourn must establish that Rouse's allegedly unconstitutional conduct amounted to state action. In assessing the liability of a public defender under 42 U.S.C. § 1983, the Supreme Court has concluded that "a public defender does not act under color of state law when performing a lawyer's traditional functions as counsel to a defendant in a

criminal proceeding." *Polk County v. Dodson,* 454 U.S. 312, 325, 102 S.Ct. 445, 453, 70 L.Ed.2d 509 (1981). Consequently, Claybourn cannot sue Rouse under § 1983 based on any actions she took while representing Claybourn. Because Claybourn has failed to state a cause of action against Rouse, this court denies Claybourn's petition for leave to file *in forma pauperis.*